**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STADIUM CASINO RE, LLC | : | No. 43 MM 2023 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA GAMING CONTROL | : | |
| BOARD, SC GAMING OPCO LLC AND IRA | : | |
| LUBERT | : | |
| | : | |
| | : | |
| PETITION OF: SC GAMING OPCO, LLC | : | |
| AND IRA LUBERT | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of September, 2023, the Petition for Permission to Appeal is DISMISSED.